Name and Prisoner/Booking Number
Alfred Erik Caraffa ADC#350727

Place of Confinement
ASPC-Tucson CDU APUD cell 216

Mailing Address
PO Box 24403/10,006 S. Wilmot Rd.

City, State, Zip Code
Tucson, Arizona 85734

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED    ☐ LODGED

**May 15 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Ex parte;

Alfred (Erik) Caraffa
ADC#350727
et. al.)
(Full Name of Plaintiff)

Plaintiff,

v.

(1) State of Arizona et al.,
(Full Name of Defendant)

(2) Medical Dept. of ADCRR

(3) ADCRR

(4) Employees of Medical Dept.

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

Retroactive with 2-72-cv-00607-PHX-ROS and DJNO-204-8-265

CASE NO. CV-24-244-TUC-JGZ(PSOT)

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Filed under 28 USC Section 1777 — Class Action.

**A. JURISDICTION**

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Official, Individual and Unconstitutional capacities

2. Institution/city where violation occurred: Tucson ADPC/Tucson AZ

has seven pgs. of Exhibits    of 34 total

1 OF 25

**550/555**

Revised 12/1/23

1

**B. DEFENDANTS**

1. Name of first Defendant: _State of Arizona_. The first Defendant is employed as: _the State of Arizona_ at _State government_
   (Position and Title)          (Institution)

2. Name of second Defendant: _Medical Dept ADCRR_. The second Defendant is employed as: as: _Medical Dept of ADCRR_ at _contracted private corp._
   (Position and Title)          (Institution)

3. Name of third Defendant: _ADCRR_. The third Defendant is employed as: _Arizona Dept of Corrections_ at _University governmment Dept_
   (Position and Title)          (Institution)

4. Name of fourth Defendant: _Employees of Medical Dept_. The fourth Defendant is employed as: as: _Employees of Medical Dept_ at _ASPC - Tucson_
   (Position and Title)          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? _Approx 20_ Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _See Occar Search_
      2. Court and case number: _See Occar Search_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _See Occar Search_

   b. Second prior lawsuit:
      1. Parties:
      2. Court and case number:
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)

   c. Third prior lawsuit:
      1. Parties:
      2. Court and case number:
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2 of 25 of 34

## B. Defendant(s)

5) the fifth Defendant is known as Ryan Thornell. the fifth Defendant is unconstitutionally Employed by ADCRR at the Arizona Dept. of Corrections.

6) the sixth Defendant is known as Gov. Katie Hobbs. the sixth Defendant is Employed as the Governor of the State of Arizona.

7) the seventh Defendant is known As the Medical Director of the Medical Dept. under contract with the Arizona Dept. of Corrections Unconstitutionally

2 (c) of 3    of 25 of 34

## B. DEFENDANTS

1. Name of first Defendant: _United States_ . The first Defendant is employed
as: _United States of America_ at _Federal government_
       (Position and Title)                    (Institution)

2. Name of second Defendant: _President Biden_ The second Defendant is employed as:
as: _President of the U.S.A._ at _In official/Individual capacity_
       (Position and Title)                    (Institution)

3. Name of third Defendant: _N/A_ . The third Defendant is employed
as: _N/A_ at _N/A_ .
       (Position and Title)                    (Institution)

4. Name of fourth Defendant: _N/A_ . The fourth Defendant is employed
as: _N/A_ at _N/A_ .
       (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _N/A_ Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)
         _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)
         _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)
         _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2(5) of 3 of 25 of 34

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _8th Amendment_
_U.S. Constitution_

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court    ☒ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion   ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
    _On April 24th 2024, I sought female Hormone Treatment(s) from Both Defendants the Medical Department of the ADCRR and the ADCER, with More Delays In Providing the Medical Services, from Defendant(s)_

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    _Medical Malpractice, Not providing Medical treatment(s)_

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count I?    ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?    ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Is Now A Court decision_

_3 or 25 of 34_

## COUNT II

1. State the constitutional or other federal civil right that was violated: _8th Amendment_
U.S. Constitution

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   From March 9th 2022 until March 30th 2024, I was misdiagnosed with having An SMI Mental Illness (Being Seriously Mentally Ill) which I took No Medication for Any Axie one Diagnosis of Mental Illness.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Medical Malpractice, Misdiagnosis of Mental illness

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Is A federal Court Decision

4 of 25 of 34

## COUNT III

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   From March 9th 2022 until March 30th
   2024, I was misdiagnosised of
   having An SMI Mental illness,
   whileNo other Transsexuals
   were Being treated for the same
   Condition of Being transsexual.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   MisDignosised with Mental illness

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A Federal Court Decision

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5 of 25 of 34

# Count four
## Cause of Action

1) <u>constitutional Right violated</u> — 8th Amendment U.S. CONSTITUTION

2) <u>count four</u> — Retaliation (under 42 USCS section 1997(d))

3) <u>supporting facts</u> — As A form of Retaliation, the Defendant(s) used A Misdignosis of Mental Illness to house Myself in An SMI Mental Illness program for over two years During An UNConstitutional Incarceration by the State of Arizona.

4) <u>Injury</u> — Misdignosis of Mental Illness As A form of Retaliation to Discredit A federal witness.

5) (a) yes
   (b) yes
   (c) yes

5 (c) of <u>9</u> of <u>25</u> of <u>34</u>

# COUNT FIVE
## Cause for Action

1) Constitutional Right Violated—
8th Amendment U.S. Constitution

2) count Five— constitutional kidnapping

3) Supporting facts— During An Unconstitutional Custody of the ADCRR and State of Arizona. Defendants used An misdiagnosis of Mental Illness to Retaliate and try to dis-credit A federal witness Against Five correctional officer(s) and two federal Judge's of this Court.
In which one of the two federal Judge's Is Involved In A Murder Investigation with the F.B.I.

4) INJURY— retaliation and Intimidation of A Federal witness

5(5) of 9 of 25 of 34



5) (a) yes
   (b) yes
   (c) yes

## Count Six
### Cause of Action

1) Constitutional Right Violated –
Fifth Amendment, U.S. Constitution

2) Count six – Due process of Law

3) Supporting facts – Defendent(s)
In official Capacity as the United
States of America have violated
the Federal Constitution by Allowing
the Act(s)/Action(s) of Federal
Employees In official and Individual
Capacities Continue to violate the
Federal Constitution During their
Federal Investigation thereof.

4) Injury – violation(s) of Federal

5 (c) of 9 of 25 of 34

constitutional Rights Being
Allowed to happen by the Federal
government.

5) (a) yes
   (b) yes
   (c) yes


## Count Seven
### cause of Action

1) constitutional Right Violated—

14th Amendment, U.S. Constitution.

2) count 7— Due process of Law.

3) Supporting facts— During an
unconstitutional custody by the
Defendants In official, Unlawful
and Unconstitutional and Individual
Capacities on May 9th 2024, I was
Deprived personal property in Violation

5 (d) of 9, of 25 of 34

of the Federal Constitution.

4) ~~Injury~~- Deprived personal property In violation of the Fourteenth Amendment

5) a) Yes
   b) Yes
   c) No
   d) Is A federal Court decision
   5(e) of 9 of 25 of 34

## D.  CAUSE OF ACTION

Count 8
~~COUNT I~~

1.  State the constitutional or other federal civil right that was violated: _8th Amendment_
_U. S. Constitution_

2.  **Count I**.   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☑ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☑ Other: _Cruel and Unusal_
  _Punishment_

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

During An Unconstitutional Custody
by the Defendant(s), the Petitioner
Was Denied Federal Constitutional
Rights, Privileges and Immunities
Secured by the Federal Constitution
During A Matter of National Security
while Americans Died Needlessly.

4.  **Injury:**  State how you were injured by the actions or inactions of the Defendant(s).
Violation(s) of U.S. Constitutional
Rights During A Matter of National Security

5.  **Administrative Remedies:**
- a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
- b.  Did you submit a request for administrative relief on Count I?   ☐ Yes   ☑ No
- c.  Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☑ No
- d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Is A Matter of National Security

5(f) of 2 of 25 of 34

COUNT 9

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Cruel and Unusal Punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON May 11th 2024, This unconstitutionally held in Custody Prisoner was Not fed the third/Meal by A Federal Court ORDER to do So.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Acts of Torture while in AN Unlawful and Unconstitutional Custody

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Is A Court Decision

5(9) of 9 of 25 of 34

Count 10

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _8th Amendment_
U.S. Constitution

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Cruel and Unusual Punishment_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 12th 2024, while In An Unlawful and Unconstitutional Custody, this Prisoner did Not Recieve the Federal Court ordered third Meal of that day.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Act(s) of Torture During An Unlawful and Unconstitutional Custody

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Is A decision of the Federal Courts_

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5(h) of 9 of 25 of 34

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

For Count One - I seek the sum of 7oo million Dollars, Plus Interest, For Count(s) 2, 3, 4 and Five I seek the sum of 5oo million Dollars Both Against the State of Arizona and

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 9th 2024___
                    DATE

_____
SIGNATURE OF PLAINTIFF

Alfred E. Caroffe AOc#350727
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____N/A_____
(Signature of attorney, if any)

_____N/A_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6 (c) of 3 of 25
of 34

## E.   REQUEST FOR RELIEF

State the relief you are seeking: For Count 7 - I seek 59,600 Dollars Plus Interest Against the State of Arizona. For Count 8 - I seek 125 million Dollars Plus Interest against the United States of America In official Capacity. All Damages Are Counted threefold

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9th 2024
                    DATE                                    SIGNATURE OF PLAINTIFF

Alfred E. Caraffa ADC# 350722
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6 (5) of 3 of 25 of 34

## E _Request for Relief

For Count(s) __91__ and __10__. I seek the
Sum of 100,000 °° Dollars for each
Day. threefold under 18 uscs § 2333
(Q) Civil Remedies for Acts of
International Terrorism to my
Estate, and heirs and All Attorney
fees and costs. For Injury of
my person, property and to my
future Business with this unlawful
Custody. against the United States
of America in official Capacity.
And Federal criminal charges
for Contempt of An United States
District Court order. under 18 uscs
§ 402 Contempts constituting
crimes and § 401- Power of court.
per person under order § § 1711.
~~May 9th 2024~~
~~Alfred Scott Carr~~
~~18514 38051~~

6 (C) of 3 of 25 of 34

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Carcano Alfred Eric | 350727 | 4/17/24 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| Hu4 Bed2 | Huachuca4 | 24403 | ASPC-Tucson Rincon |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podria retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Need A copy of My Treatment Plan.
Since I have Never Been provided
A copy in over two years.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

Alfred Eric Carcano Acc#350727

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURA Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify)* (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

of 34

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Carcttc Alfrec Eric | ADC#350727 | 10/25/23 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| Cell 6 Top | Husix A | 24403 | ASPC-Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)  ☑ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I would like to Be screened for the over 50 treatment(s) Mandatory for prisoner(s) of 50 year(s) of Age.
I'll be 53 on 12/26/1976 And have Never Been screened as of Oct. 5th 2022.
Entry Date

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

_____    10/25/2023

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

of 34

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*to Provider Trujillo*

| Date: |
|---|
| Time: |
| Initials: |

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Curretic Alfred 2nd | | 350161 | April 17th 2024 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| Bed 2 | Huachu | 24403 | ASPC-Tucson Rincon |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Need to know My Mental Health Dignosis
that Makes Me classified as (SMI)
Seriously Mentally ILL under D.O.1103

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____ Adc# 350 767

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

of 34

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| _(handwritten)_ | 330947 | 4/24/24 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| _(handwritten)_ | HU4 | 24401 | Tucson/Rincon |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

_I Need to Start Female HoroMone Treatment AS Soon AS Possible_

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    _(handwritten)_ ADC 330947   4/24/24

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

oF 34

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE PRINTED NAME *(Last, First M.I.)* | ADCRR NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| (Erika) Caraife Alfred | 35727 | AJPC Tucson CDU APOD CCII 216 | 5/7/24 |

| TO | LOCATION |
|---|---|
| Ryan thornell | Director's office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Under ARSA section 31-201.01(B)(D)(F) The Director of the ADCRR Is Required to provide Medical and Health Services for All Person(s) held in Custody.

On May 7th 2024, The Medical Department locked me out of the HNR Portal by changing my Birth Date in my file. I put in for Female Hormone Treatment(s) close to 1 Month Ago.

Resolution- A ONE BILLION Dollar Class Action Against the State of Arizona

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *(signature)* | 5/7/24 |

Have you discussed this with institution staff?    ☐ Yes    ☐ No

If yes, give the staff member name:

of 34

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

INMATE NAME *(Last, First M.I.) (Please print)*  (Eric)  ASPC Tuc
Caraffa Alfred

ADC NUMBER 350727

INSTITUTION/UNIT Rincon 4u4B 2cell

DATE *(mm/dd/yyyy)* 4/19/24

TO Custody

LOCATION Custody I.D. (I/M) office

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

During the housing Unit Four Search
An Sgt. took My I.D. and Did not
Return My I.D. so I Now
Need Anew I.D.
Alfred Eric Caraffa ADC # 350727
(Out of My left pocket on B-Run
CAMera on 4/19/24)

04-19-2024 Staff can borrow your ID.

Noel

INMATE SIGNATURE Alfred E Caraffa

DATE *(mm/dd/yyyy)* 4/19/24

Have you addressed this with Department staff? ☐ Yes ☐ No
If yes, give the staff member's name and the date you addressed with them:

Exhibit of Evidence 41924 of 34

*(Staff Member's Name)  (Please print)*      *(Date addressed)*

**Note:** Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

**Arizona Department of Corrections Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE PRINTED NAME *(Last, First M.I.)* | ADCRR NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Carafe Alfred (Erika) | 350327 | ASPC Tuc CDU | 5/8/24 |

TO: Ryan Thornell

LOCATION: Director's office

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

ON May 11th 2024 and May 12th 2024 Defendants in this class Action Did not Provide the COURT ORDERED third med for those Days.
See Document 4410 (pg 61-62 of) in Jensen et al v. Thornell et al 2-12-CV-00601-PHX-ROS

Resolution— 25,000 Double sades OR $5,800,000. Dollars in Restitution in class Action Per Person of the Constitutional Violation(s) of 34

INMATE SIGNATURE: 

DATE *(mm/dd/yyyy)*: 5/8/24

Have you discussed this with institution staff?    ☑ Yes    ☐ No

If yes, give the staff member name: Last week in Wednesday

Distribution:    INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21

United States District Court
IN the District of ARIZONA

Alfred (Erika) Caraffa
ADc #350727 et. al.,          Case Number

   Plaintiff(s)

                              Motion Title
VS.
                              Statement of
                                 FACT
State of ARIZONA
et. al.,

   Defendant(S)

I, Alfred (Erika) Caraffa ADC
#350727. Here do Enter this
STATEMENT of fact to the
U.S. District Court of Arizona.
       ON May 6th 2024, I, Alfred
E. Caraffa ADC #350727, Again put

       1 of 9 of 34 total

Into the Medical Department at ASPC-~~Rite~~ Tucson Complex for Female Horomone Treatments As I am An Transsexual prisoner.

I had submitted AN HNR In paper form on April 24th 2024. And on May 6th 2024 on my personal Inmate Tablet.

ON May 7th 2024, I was not Able to log into the Medical Health Needs App. the user I.D. and Birth Date keeps Stating as INvalid.

Which is My ADC# pass-word And my Birthdate. I have Been locked out of the

2 of _9_ of 34 total

Medical/Health Needs App
on the Inmate Tablet Network.
Which Could only have Been
Done By the Defendant(s)
Denying Medical Treatment
and Medical services to An
Transsexual female.
It has Been two days
of this so Far. And I've
recieved No Medical service(s)
on the Request for the Female
horomone Treatments.

UNDER Arizona Revised
Statute Annotated (A.R.S.A)
Title 31-201.01 it States
" The director shall provide

3 of 9 of 34 total

Medical and health services for the prisoners. the director May contract for professional services to assist the director In carrying out this responsibility on behalf of the State. (of Arizona) and

under subsection (F) — Any and all causes of Action that May arise out of tort caused by the director, prison officers or employees of the department, within the Scope of their legal duty, shall run only against the State (of Arizona)
    Therefore by Clear and Convincing Constitutional

4 of 9 of 34 total

Statute of A.R.S.A. § 31-201.
01. The State of Arizona is
Liable for All Damage And
relief Sought in this class
Action and all other class or
civil Action(S).
            Since the United States of
America Have not upheld the
U.S. Constitution. And has
violated the Rights, Privileges
and Immunites of over 47,000
unconstitutionally held in
State Custody person(s).
        I, Alfred E. Caraffa ADc#
350727 Am seeking the sum of
$9,419,800,000 Dollars Be put
IN Security Bond in the U.S. District
Court for Damages/Relief In this
class Action. I, Alfred E. Caraffa

                5 of  9 of 34 total

Seek the Sum of 100,000.⁰⁰ Dollars for the Act(s) of Torture done by Terrorist(s) of the State of Arizona who have overthrown the State of Arizona government departments/ Including the Superior Court system and have federal Judge's on their CorruptED Side who Allow the unconstitutional Behavior to contine

Having unelected Superior Court Judge's Presiding over Criminal Action(s) Per the Arizona Constitution A.R.S. Const. Art six Section 32(B). And unlawful and unconstitutional Correctional officers/staff employed by the ADCRR. for over two years After It has Been Brought to

6 of ~~9~~ of 34 total

the Attention of several federal
courts of this united states
of America. To have the process
of fixing the Problems Prolonged
by Federal and State of Arizona
Employees costing the Federal
and State government(s) Billions.
Is more than Meer Oversight
In constitutional Laws.

For Almost two years
the federal Employes of the
United States District Court
and the U.S. Court of Appeals
for the Ninth Circuit have sided
with the Corruption of the
State of Arizona in the Overthrowing
of State government(s) in Arizona

7 of 9 of 34 total

which has Been paying people for their Unconstitutional position(s) In State government.

The Correctional Staff have Been Violating A Federal U.S. District Court order Doing things which have Been forbidden to do by court order of the United States of America for over A year Now. In not providing A third Meal to the UNCONSTITUTIONALLY held in Custody prisoner(s).

In which the federal witness In that criminal Action is Being Retalicated against, which is continuingly Allowed by Defendant(s)

8 OF  9  OF 34 total

the United States of America,
which All those Unelected
Superior Court Judge's have
created two years of unlawful
and unconstitutional convictions
In the State of Arizona
while collecting A paycheck
to do so.

May 9th 2024

A Fred Erik Carotta DOC# 380727

9 of 9 of 34 total

United States District Court IN
The District of ARIZONA
Division of Phoenix

Ex parte Alfred E. Caroffa
(Dc#350727 et.al.)

    Plaintiff(s)/Petitioner(s)

VS.

State of Arizona et.al.,

    Defendant(s)/Respondent(s)

Retroactive
Case Number 2-12-CV-
00607-PHX-ROS
with
DJ NO. 204-8-265
and

Notice of:
Agreement Violation
DJ NO. 204-8-
265

I, Alfred (Erika) Caraffa ADc#350727
Being Pro Se Counsel for Myself in this
Class Action civil suit. Here do Enter
this Notice of Agreement Violation in
United States of America V. ADCRR
Case Number DJ NO. 204-8-265.

     The Defendant(s) in the Above
cited Action have violated the Term(s)

1ᴿ of 10

of the Agreement Dated <u>November 26th 2023</u>.

By keeping A Person without AN Mental Health Disability housed on AN Mental Health Treatment unit(s) from Dec. 26th 2023 until March 30th 2024. then from March 31st 2024 until April 26th 2024.

I, Alfred (Erika) Caraffa ADC#350777 was housed on Rincon Mental Health Treatment unit Housing units Six, Five, four and eight as well as HU two from ~~March 31st~~ Dec. 26th 2023 until April 26th 2024 in violation of the Term(s) Between the United States of America and the Defendant(s) ADCRR

I, was Misdignosised to have A Mental illness by fraudulent forged medical Documentation stating I had AN SMI hearing under Department order 1103-(8) seriously Mentally ILL. I had <u>NO</u> such hearing and was

2<sup>R</sup> of <u>10</u>

Never Afforded any of the right(s)
which Are Detailed in Dept. order
1103 For housing on AN Mental Health
Treatment Unit.

I have filed several class Action(s)
under the Unconstitutional Housing
Assignment(s) used by the Defendant(s)
as A form of Retaliation and witness
Intimidation.

IN 2019, ON Nov. 9th I was
Inside A Starbuck's on Taylor Lane
and was AN witness to ~~seven~~ six correctional
officer(s), ~~five~~ with football Jersey's
that had the Name THURMAN Across
the Back Shoulder(s). And C. Ruley

Five of those six correctional officer(s)
work at this State of Arizona prison
Complex

Issic Morris was Unconstitutionally
Convicted of killing Charles Thurman
IN 2009. And In State custody for

3$^R$ of 10

ten and A half years Before winning
his writ of habeas Corpus case.
At least one of those (now) correctional
officer(s) was inside the Jeep in the
Backseat when Charles Thurman was
Murdered.

which is An open Murder Investigation
by the F.B.I. Since the ~~people~~ people
Inside the Jeep had to have Known
who Really shot charles Thurman.
And C. Riley is Mentioned by Name
IN Issic Moni's civil Action for
Compensation in his unconstitutional
Custody.

I, have Been kidnapped by
Correctional officer(s) and their co-
Defendants and kept in this unlawful
and unconstitutional Custody for
1,618 days. while the Real Murders
of charles Thurman work at this

4$^R$ of 10

prison Complex. (ASPC TUCSON)
In violation of 42 USCS section
1997(d) Retaliation.

"No Person reporting conditions which
May Constitute a violation under this
Act shall be Subjected to retaliation
In any Manner for so reporting.

I have filed several class Action(s)
and writ(s) of habeas Corpus to the
U.S. District Court of Arizona.
To recieve NO Constitutional
Verdict(s) on the Merits of Any Case.
In violation(s) of the fifth Amendment
of the U.S. Constitution.

Judge Michael T. Liburdi was
the presiding Judge over Issic
Morris compensation/habeas corpus
case. which has the same unconstit-
utional Verdict(s) Based On NO
Laws But misquotes of Case Laws

5 OF 10

end of Constitutional Law's/
procedure(s) violation(s) to prolong
Issic Morris from being paid for
the Unconstitutional Custody.
Just like Judge Liburdi Did in
Alfred (Erika) Careff's habeas
Corpus Action(s).

once the first civil suit was
filed in 2020 for the 1983 form
for the Criminal Action of CR2019-
155732-001DT.

The Judge used three civil
Action(s) to try to Barr this prisoner
from the Court(s). Then Deprived U.S.
Constitutional Rights, Privileges
and Immunities to keep Alfred
(Erika) Careffe ADC#350727 in that
Unconstitutional Custody with
Arizona Correctional officer(s) help
and Assistance.

which At least one of the Murder's

6 $\frac{R}{of}$ <u>10</u>

of charles thurman is A correctional
officer. As several of those people
with the Thurman football Jersey's
work at this State prison complex.

I saw Issic Morris with his
white storage Boxes in the courthouse
Area of Phoenix, Arizona the same day
I saw those correctional officer's
with the Thurman football Jerseys.

Now As the issue(s) of Article
twenty of the Arizona Constitution
have Been Brought to the Courts
Attention as well as the unelected
Superior Court Judges As "any other
Material fact" under 28 USCS section
2243.
I am Not the only unlawful
and unconstitutional prisoner
held in custody of the unlawful
and unconstitutional ADCRR

7$^R_{of}$ 10

Which has NO Federal Jurisdiction
In the Absolute Jurisdiction under
the Congress of the United States
of America. And " the same shall be,
and remain, subject to the disposition
and under the Absolute Jurisdiction
and Control of the Congress of the
United States." see Arizona Constitution
ARS Const. Art XX — Ordinance paragraph
fourth.; Public land & Indian lands.

My criminal Action for A crime
punishable by Federal Law of Bank
Robbery under 18 USCS section 2113
was Not tried Nor was Any conviction
constitutionally ordered by the U.S.
District Court of Arizona (A federal
criminal Jurisdiction).
       In violation of the 14th
Amendment to Due process of Law.
the state of Arizona is Enforcing AN

8R of 10

Unconstitutional Jurisdiction and I'm Being subjected to the unlawful control of State custody. By clear and convincing evidence of the Arizona Constitution and the U.S. Constitution.

My habeas Corpus Action under 23-6409 Before the Supreme Court of the United States is on hold over $300.00 Dollars in filing Fee(s)/Docket Fee(s).

Which is costing the State of Arizona $875,000.00 Dollars per day. To keep me unconstitutionally In State Custody.

As of my Amended habeas Action. The cost per day for excessive violation(s) of Constitutional Right(s)

9 R of 10

Is 175.00 at 5500 to one Ratio per day a cost of 962,500.00 Dollars As of May 7th 2024 over $300.00 Dollars of Docketing fees.

Overall, the Defendant(s) ADCRR Are in violation of the ADA settlement for housing A Non-Mentally ILL Person on A Mental Health Treatment/program housing unit(s) In Direct violations of the Stated Agreement. In that Agreement the United States Agreed Not to file civil Action. I, Alfred E. Coreff ADC #350727 am NOT the United States.

May 12th 2024 AE Coreff
Alfred (Eric) Coreff
ADC#350727

_1 0R of 10_

Legal Notice

**Arizona Department of Corrections Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE PRINTED NAME *(Last, First M.I.)* | ADCRR NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Corote Alfred | 350727 | CDe APUD 216 | 5/13/24 |

| TO | LOCATION |
|---|---|
| Ryan Thurnell | Director of ADCRR |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

ON May 13th 2024, UNlawful And UNconstitutional Employees of ADCRR tried Again to Move me IN NON-805 General Population housing. (which I Appealed) And Just like last time was told to use An Inmate letter not the 805 Appeal form. As A custom ous constitutional Right violation on May 15th 2024 I AM Resolution- Filed AN 950 Million dollar Default Judgment Against the state of Arizona $490 Million against UNconstitution Employees

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 5/13/24 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution:    INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21